GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
MICHAEL G. D'ALBA (State Bar No. 264403)
mdalba@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for David A. Gill, Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>DIVERSIFIED LENDING GROUP, INC.; APPLIED EQUITIES, INC.; AND BRUCE FRIEDMAN,<br><br>                Defendants. | Case No. cv 09-01533-R-SS<br><br>**JUDGMENT AGAINST MARK H. FRIEDMAN AND FRIEDMAN & MACFAYDEN, P.A.** |

The Court having considered the *Receiver's Ex Parte Application to Enforce Settlement Agreement between Receiver and Mark H. Friedman and Friedman & MacFayden, P.A.* ("Application"), the exhibits and declarations submitted in support of the Application, the confession of judgment of Mark H. Friedman and Friedman & MacFayden, P.A., and the other documents on file, has concluded that the Receiver is entitled to a judgment against Mark Friedman and Friedman & MacFayden, P.A. , jointly and severally.

946175.3                                1

The judgment is comprised of:

- The unpaid balance owed under the Settlement, as defined in the Application, in the amount of $6,064,704.71, accelerated as of July 2, 2012.
- Daily interest in the amount of $1,662 per day, from July 2, 2012, calculated at the default contractual interest rate of 10%. The pre-judgment interest from July 2, 2012, through February 22, 2013, is $390,570, and additional interest occurs at $1,662.00 per day thereafter. As of the date of entry of this judgment the pre-judgment interest is $445,416.
- Attorneys' fees, calculated pursuant to L.R. 55-3, of $133,802.41.
- Costs, in the amount of $_____.
- Post-judgment interest at 10% pursuant to the settlement, as described in the Application.

It is, therefore, ORDERED, ADJUDGED AND DECREED, that the Receiver is entitled to a judgment in the amount of $6,643,923.12 plus costs against Mark Friedman and Friedman & MacFayden, P.A., jointly and severally, plus interest from and after the date of entry of this judgment, calculated at the default rate of interest of 10% per annum.

DATED: March 27, 2013

_____
MANUEL L. REAL
United States District Judge

946175.3

2

1
2                         Exhibit A – L.R. 58-7 Memorandum
3 Date of default – July 2, 2012
4 Accelerated amount as of the date of default – $6,064,704.71
5 Default rate of interest – 10% per annum
6 Daily interest – (.1 x $6,064,704.71) ÷365 days = $1,662
7
8 If judgment was entered on February 22, 2013, the judgment amount, exclusive of
9 attorneys' fees, would be calculated as follows: The number of days from July 2,
10 2012, the date after the date of default, through February 2, 2013, is 235 days. The
11 total interest owed for those days would be $390,570, or 235 x $1,662. Accordingly,
12 the judgment amount for a judgment entered on February 22, 2013, would be
13 $6,455.274.71, or $6,064,704.71 + $390,570.
14 Under L.R. 55-3, the Receiver is entitled to attorneys' fees for judgments exceeding
15 the amount of $100,000, as follows: $5,600 plus 2% of the amount over $100,000.
16 The judgment amount would exceed $100,000, by $6,355,274.71. When 2% of
17 $6,355,274.71, is calculated, the amount is (.02)($6,355,274.71), or $127,105.49.
18 Accordingly, the attorney's fees would be $127,105.49 + $5,600, or $132,705.49.
19
20
21
22
23
24
25
26
27
28

# **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

On February 21, 2013, I served true copies of the following document(s) described as **JUDGMENT AGAINST MARK H. FRIEDMAN AND FRIEDMAN & MACFAYDEN, P.A.** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Danning, Gill, Diamond & Kollitz, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address *cmc@dgdk.com* to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 21, 2013, at Los Angeles, California.

/s/ Cheryl Caldwell
CHERYL CALDWELL

946175.3

# SERVICE LIST

**Attorneys for U.S. Securities Exchange Commission**
John B. Bulgozdy, Esq.
Senior Trial Counsel
Los Angeles Regional Office
United States Securities & Exchange Commission Office of Enforcement
5670 Wilshire Boulevard 11th Floor
Los Angeles, CA 90036
Email: bulgozdyj@sec.gov
**Email Only**

**Counsel for Paul L. Goering and Wilda M. Goering**
Kurt A. Goering, Esq.
714 E. Rose Lane, Ste. 200
Phoenix, AZ 85014
kagoering@gmail.com
**Email Only**

**Counsel for Mark Friedman and Friedman & MacFayden P.A.**
Joel Sher, Esq.
Shapiro, Sher, Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, MD 21201
jis@shapirosher.com
**Email and Federal Express**

**Informational Copy**
Craig A. Enck, Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202-1487
cenck@milesstockbridge.com
**Email Only**

Friedman & MacFayden, P.A.
Totman Building
210 East Redwood St., 4th Fl.
Baltimore, MD 21202
**Federal Express**

946175.3

1  Mark Friedman
2  Friedman & MacFayden, P.A.
   Totman Building
3  210 East Redwood St., 4th Fl.
   Baltimore, MD 21202
4  **Federal Express**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  946175.3