DAVID A. GILL (State Bar No. 32145)
dgill@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED LENDING GROUP, INC.; APPLIED EQUITIES, INC.; AND BRUCE FRIEDMAN, <br><br> Defendants. | Case No. CV 09-01533-R-SS <br><br> **NOTICE OF LODGMENT OF [PROPOSED] ORDER AMENDING ORDER RE: 1) RESOLUTION OF DISPUTED CLAIMS AND ALLOWANCE OF CERTAIN CLAIMS, AND 2) APPROVAL OF REDUCTION OF CERTAIN CLAIMS BY THE AMOUNTS OF SETTLEMENTS RECEIVED FROM JACKSON NATIONAL LIFE INSURANCE COMPANY [DOCKET NO. 439] RE: TREATMENT OF CLAIM NO. 1181 OF GARY WAYTON AND MONICA STAGGS** <br><br> [No Hearing Required] |

Pursuant to the Court's General Order 10-07, I, David A. Gill, the Permanent Receiver ("Receiver") of Diversified Lending Group, Inc. ("Diversified"), and Applied Equities, Inc., and their subsidiaries and affiliates, including but not limited to MMHIM, Inc., DLG International, a Panamanian company, SunWest Bottlers, LLC, the Friedman Charitable Foundation, the DLG Grantor Trust, Commercial Lending Group, Inc., and MyDrsPlan, Inc., hereby lodge the following proposed order which is attached hereto as Exhibit "A."

1012355.1 25176A                                1

*ORDER AMENDING ORDER RE: 1) RESOLUTION OF DISPUTED CLAIMS AND ALLOWANCE OF CERTAIN CLAIMS, AND 2) APPROVAL OF REDUCTION OF CERTAIN CLAIMS BY THE AMOUNTS OF SETTLEMENTS RECEIVED FROM JACKSON NATIONAL LIFE INSURANCE COMPANY [DOCKET NO. 439] RE: TREATMENT OF CLAIM NO. 1181 OF GARY WAYTON AND MONICA STAGGS*

DATED: May 20, 2013

_____
DAVID A. GILL,
Receiver

**EXHIBIT A**

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

On May 20, 2013, I served true copies of the following document(s) described as **[NOTICE OF LODGMENT OF [PROPOSED] ORDER AMENDING ORDER RE: 1) RESOLUTION OF DISPUTED CLAIMS AND ALLOWANCE OF CERTAIN CLAIMS, AND 2) APPROVAL OF REDUCTION OF CERTAIN CLAIMS BY THE AMOUNTS OF SETTLEMENTS RECEIVED FROM JACKSON NATIONAL LIFE INSURANCE COMPANY [DOCKET NO. 439] RE: TREATMENT OF CLAIM NO. 1181 OF GARY WAYTON AND MONICA STAGGS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

By Mail: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Danning, Gill, Diamond & Kollitz, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

(Electronic Mail) By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 20, 2013, at Los Angeles, California.

| Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|
| (Type or print name) | (Signature) |

1012355.1  25176A

## SERVICE LIST

**Attorneys for Plaintiff U.S. Securities & Exchange Commission (Email Only)**
John B. Bulgozdy, Esq.
Senior Trial Counsel
Los Angeles Regional Office
United States Securities & Exchange Commission Office of Enforcement
5670 Wilshire Boulevard 11th Floor
Los Angeles, CA 90036
bulgozdyj@sec.gov

**Counsel for Paul L. Goering and Wilda M. Goering (Email/Regular Mail)**
Kurt A. Goering, Esq.
714 E. Rose Lane, Ste. 200
Phoenix, AZ 85014
kagoering@gmail.com

**Via Federal Express and E-Mail**
**Wayton Claimants**

[Addresses to be submitted under seal]

1012355.1  25176A